**DISMISS; and Opinion Filed August 22, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00498-CV

## WAK MANAGEMENT COMPANY, INC., SUMMER HILL APARTMENTS, AND WAK/SH LLC, Appellants
## V.
## ANDREA N. WHITTEN, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14913**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Lang-Miers

Before the Court is appellants' August 16, 2016 unopposed motion to dismiss the appeal.

Appellants have informed the Court that they have settled their differences with appellee.

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160498F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAK MANAGEMENT COMPANY, INC.,
SUMMER HILL APARTMENTS, AND
WAK/SH LLC, Appellants

No. 05-16-00498-CV        V.

ANDREA N. WHITTEN, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-14913.
Opinion delivered by Justice Lang-Miers.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 22nd day of August, 2016.